IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA DONEKER and PHILIP ROMANEK | : : : | CIVIL ACTION |
| v. | : : : | |
| COUNTY OF BUCKS, et al. | : : | NO. 13-1534 |

**ORDER**

**AND NOW,** this 26th day of August, 2013, upon consideration of the Motion to Dismiss filed by the County of Bucks ("Bucks County") and the Bucks County Board of Commissioners (the "Board of Commissioners") (Docket No. 32), and the Motion to Dismiss filed by the Bucks County Sheriff's Office and Edward J. Donnelly (Docket No. 38), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Bucks County's and the Board of Commissioners' Motion for Leave to File a Reply Brief (Docket No. 39) is **GRANTED**.

2. Bucks County Sheriff's Office's and Donnelly's Motion for Leave to File a Reply Brief (Docket No. 41) is **GRANTED**.

3. Plaintiffs' claims against the Board of Commissioners are **WITHDRAWN** based on Plaintiffs' voluntary withdrawal of those claims, and the Board of Commissioners is **DISMISSED** as a party to this action.

4. The Motion to Dismiss filed by Bucks County and the Board of Commissioners is **DISMISSED AS MOOT** insofar as it pertains to the Board of Commissioners, and **GRANTED** insofar as it pertains to Bucks County. Plaintiffs' claims against Bucks County are **DISMISSED**.

5. The Motion to Dismiss filed by the Bucks County Sheriff's Office and Donnelly is **GRANTED**, and the claims against the Bucks County Sheriff's Office and Donnelly are **DISMISSED**.

6. Plaintiffs are granted leave to file a Second Amended Complaint to state cognizable claims under § 1983 against Bucks County, the Bucks County Sheriff's Office, and Donnelly. Any Second Amended Complaint shall be filed by September 9, 2013.

> BY THE COURT:
>
> /s/John R. Padova
> _____
> John R. Padova, J.