IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA DONEKER and PHILIP ROMANEK | : : : : : : : : | CIVIL ACTION |
| v. | | |
| COUNTY OF BUCKS, ET AL. | | NO. 13-1534 |

## ORDER

**AND NOW**, this 10th day of June, 2014, upon consideration of Defendants Bucks County Sheriff's Office's and Edward J. Donnelly's Motion to Dismiss Count Three (Docket No. 51) and Defendant County of Bucks's Motion to Dismiss Count Three (Docket No. 53), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motions to Dismiss Count Three are **GRANTED**;

2. Count Three is **DISMISSED**; and

3. Defendants Bucks County Sheriff's Office, Edward J. Donnelly, and County of Bucks are **DISMISSED** as Defendants in this action.

BY THE COURT:

/s/ John R. Padova_____
John R. Padova, J